UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BARCELONA EQUIPMENT, INC. | CIVIL ACTION |
| VERSUS | NO. 11-2183<br>C/W 11-2295<br>C/W 12-0838 |
| DAVID BOLAND, INC., INC., ET AL. | SECTION "K"(5) |

Re:   Target Construction, Inc.  v.  Bauer-Pileco, Inc.
      C.A. NO. 11-2295

## ORDER AND REASONS

Before the Court is a Second Motion to Continue Submission Date on Target Construction, Inc.'s Motion for Partial Summary Judgment (Doc. 822).  Considering the difficulties encountered concerning discovery necessary for Old Republic General Insurance Corporation to properly respond fully to this motion and the fact that this case has been continued,

**IT IS ORDERED** that Second Motion to Continue Submission Date (Doc. 822) is **GRANTED,** and the hearing date for the Motion for Partial Summary Judgment (Doc. 778) is **CONTINUED** to **April 8, 2015 with any supplemental opposition to be filed no later than 5:00 p.m. on March 23, 2015.**

**IT IS FURTHER ORDERED** that the Motion for Hearing (Doc. 793) is **DENIED.** Should the Court find that oral argument is required, it will contact the parties to set a time for same.

New Orleans, Louisiana, this <u>29th</u>  day of January, 2015.

STANWOOD R.  DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE