UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, for the use and benefit of BARCELONA EQUIPMENT, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2183**<br>**C/W 11-2295**<br>**C/W 12-0708**<br>**C/W12-0838** |
| **DAVID BOLAND, INC., INC., ET AL.** | **SECTION "K"(4)** |

**Re: Target Construction, Inc. v. Kendra & Associates, et al., C. A. No. 12-838**

## ORDER AND REASONS

On April 14, 2015, the Court entered its Order and Reasons in the above-referenced matter. In so doing it granted the Motion of Target Construction, Inc. for Default Judgment Against Defendants Kenneth Johnson, Brenda Johnson, and Kendra & Associates (Doc. 821) and ordered judgment to be entered in favor of Target Construction, Inc. and against Kenneth Johnson, Brenda Johnson, and Kendra & Associates, Inc. in the amount of $591,062.62 and costs less the amount obtained in settlement from the other defendants in this matter. Target was to provide the Court with the necessary information to make that calculation.

Target did so by letter and argued to the Court that the collateral source rule should bar a reduction of the judgment by the amount of Target's settlement with the TWI defendants. The Court finds such argument unavailing. Target is not entitled to a double recovery. As such, judgment shall be entered in the amount of $591,062.62 less $165,000.00 which is $420,062.62 plus costs.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**